UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------- x
E.H.C.F., a Minor by and through his  :
Next Friend, MILEIDY YAMALY  :
CONTRERAS FLORES,  :     **ORDER**
  :
                Petitioners/Plaintiffs,  :     3:25-CV-2142 (VDO)
  :
   -against-  :
  :
Robert F. KENNEDY, JR. in his official  :
capacity as Secretary of Health and Human  :
Services; Angie SALAZAR, in her official  :
capacity as Acting Director of the Office of  :
Refugee Resettlement; Regina MOLLER,  :
in her official capacity as  :
Executive Director of Noank Community  :
Support Services; U.S. Department of  :
Health and Human Services (HHS); U.S. Office of  :
Refugee Resettlement (ORR); Noank Community  :
Support Services (NCSS),  :
  :
                Respondents/Defendants.  :
------------------------------------------------------------- x

**VERNON D. OLIVER**, United States District Judge:

      It is hereby **ORDERED** that counsel for all parties shall appear for a telephonic status conference on **December 30, 2025**, at **10:00 a.m.** The parties shall confer in advance of the conference and submit a joint letter, no later than **December 29, 2025**, at **5:00 p.m.**, indicating whether the conference is necessary and addressing how the Court should handle the petition for habeas corpus and the motion for preliminary injunction. If counsel do not believe a conference is required, and that briefing is appropriate, counsel should propose a briefing schedule (expedited or otherwise) in the joint letter.

      In order to preserve the status quo and in the event of a hearing requiring the petitioner's presence, it is hereby **ORDERED** that E.H.C.F. shall not be moved outside the District of

Connecticut without first providing advance notice of the intended move. Such notice shall be filed in writing on the docket in this action, and shall state the reason why the government believes that such a movement is necessary and should not be stayed pending further court proceedings. It is also **ORDERED** that E.H.C.F. shall not be removed from the United States until further Order of this Court. *Ozturk v. Hyde*, 136 F.4th 382, 394 (2d Cir. 2025) (explaining that a district court has an inherent authority to protect its proceedings); *M.K. v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025).

No later than **December 24, 2025**, Petitioner's counsel is directed (1) to serve Respondents with a copy of the petition and accompanying papers, along with a copy of this Order, by e-mail to the United States Attorney's Office for the District of Connecticut and by overnight mail, (2) to notify the United States Attorney's Office of E.H.C.F.'s full name and A number, and (3) to promptly file proof of such service on the docket.

**SO ORDERED.**

Hartford, Connecticut
December 23, 2025

/s/Vernon D. Oliver
VERNON D. OLIVER
United States District Judge